UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Randolph L. Chambers

    v.                                              Civil No. 08-cv-442-JL

NH State Prison, Warden et al

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $13.00 is due no later than November 28, 2008. In addition, 20% of each preceding month's income credited to plaintiff's account is to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

                                                          James R. Muirhead
                                                           United States Magistrate Judge

Date: October 29, 2008

cc:    Randolph L. Chambers
        Bonnie S. Reed, Financial Administrator
        New Hampshire State Prison, Inmate Accounts