UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Randolph L. Chambers</u>

    v.                        Civil No. 08-cv-442-JL

<u>Richard Gerry, Warden,</u>
<u>New Hampshire State Prison</u>

### <u>O R D E R</u>

Randolph Chambers has filed, in the above-captioned matter, two ex parte documents (document nos. 16 & 23) which have been sealed by the Court. Upon review, I can find no reason why the documents should remain sealed and I direct the Clerk's office to unseal them forthwith.

**SO ORDERED.**

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date:    March 10, 2009

cc:     Randolph L. Chambers, pro se