**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Randolph L. Chambers

   v.                                              Civil No. 08-cv-442-JL

Richard Gerry, Warden,
New Hampshire State Prison

**O R D E R**

    Randolph Chambers has filed an initial complaint (document no. 1) as well as other pleadings and documents, ostensibly presented in support of the claims stated in the complaint (document nos. 16, 19, 20 & 22 – 24).  While several of the documents filed pertain to the complaint, as explained in my Report and Recommendation issued simultaneously with this Order, I find that two of the additional filings are unrelated to the underlying action and should therefore be docketed as complaints in separate actions.

    The Clerk's Office is directed to open two new cases, docketing Chambers' motion for an injunction (document no. 16) as the complaint in one of the cases, and Chambers' motion for subpoena (document no. 24) as the complaint in the other.  The Clerk's Office may rely on Chambers' submissions in the above-

captioned case regarding in forma pauperis status, and my grant of that status, in opening the new cases and assessing the initial partial filing fee to be paid in each, if any. Upon receipt of any required initial filing fee payment, the cases will be referred to me for preliminary review.

    **SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:    March 12, 2009

cc:    Randolph L. Chambers, pro se