UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Randolph L. Chambers</u>

    v.                                                      Civil No. 08-cv-442-JL

<u>NH State Prison, et al</u>

**<u>ORDER and RECOMMENDATION</u>**

Chambers is a "three strike" filer who, therefore, is precluded from proceeding pro se under 28 USC 1915(g). His pro se status is hereby revoked.

I recommend that the complaint be dismissed without prejudice if he does not pay the $350.00 filing fee by May 8, 2009.

Any objection to the recommendation must be filed within ten (10) days.

**SO ORDERED.**

                                          /s/ James R. Muirhead
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: April 9, 2009

cc:   Randolph L. Chambers, pro se